NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-185

TALLIE THIBODEAUX POURCIAUX

VERSUS

JACOB POURCIAUX

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 01-63480
HONORABLE CHARLES L. PORTER, DISTRICT JUDGE

**********

MARC T. AMY
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy, Judges.

AFFIRMED.

W. Glenn Soileau
Post Office Box 344
Breaux Bridge, LA   70517
(337) 332-4561
COUNSEL FOR PLAINTIFF/APPELLEE:
     Tallie Thibodeaux Pourciaux

Joslyn Renee Alex
Alex & Associates, Inc.
Post Office Box 126
Breaux Bridge, LA   70517
(337) 332-1180
COUNSEL FOR DEFENDANT/APPELLANT:
     Jacob Pourciaux

**Lucretia Pecantte-Burton**
**Pecantte-Burton & Burton**
**Post Office Box 13738**
**New Iberia, LA   70562-3738**
**(337) 367-1779**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Jacob Pourciaux**